ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2009 FEB 24 P 3: 03
CLERK DMcCarthy
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| GWENDOLYN D. BURCH BIGELOW, ) ) Plaintiff, ) ) v. ) ) MICHAEL J. ASTRUE, Commissioner ) of Social Security Administration, ) ) Defendant. ) | CV 307-066 |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 24th day of February, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE